UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRANDON T. SELF,

    Plaintiff,          No. CIV S-10-2199 FCD CMK PS

    v.

CHASE BANK USA, N.A.,          **RELATED CASE ORDER**

    Defendant.
_____/

BOB PERRY,

    Plaintiff,          No. CIV S-10-2200 JAM CMK PS

    v.

CHASE BANK USA, N.A.,

    Defendant.
_____/

       Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1    The parties should be aware that relating the cases under Local Rule 123 merely has the
2 result that these actions are assigned to the same judge; no consolidation of the actions is
3 effected.  Under the regular practice of this court, related cases are generally assigned to the
4 judge and magistrate judge to whom the first filed action was assigned.

5    IT IS THEREFORE ORDERED that the action denominated, CIV S-10-2200 JAM CMK
6 PS is reassigned to Judge Frank C. Damrell, Jr. for further proceedings, and any dates currently
7 set in this reassigned case before Judge Frank C. Damrell, Jr. are hereby VACATED.
8 Henceforth, the caption on documents filed in the reassigned case shall be shown as: CIV S-10-
9 2200 FCD CMK PS.

10    IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
11 assignment of civil cases to compensate for this reassignment.

12    IT IS SO ORDERED.

13 DATED:  September 20, 2010

15                                              FRANK C. DAMRELL, JR.
16                                              UNITED STATES DISTRICT JUDGE