TAMMY ALBARRÁN (SBN 215605)
E-mail: talbarran@cov.com
JESSE R. GOODMAN (SBN 257990)
E-mail: jgoodman@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:   415-591-6000
Facsimile:   415-591-6091

Attorneys for Defendant Chase Bank USA, N.A.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| BOB PERRY,<br><br>            Plaintiff,<br><br>            v.<br><br>CHASE BANK USA, N.A. AND DOES 1-25, inclusive,<br><br>            Defendants. | Civil Case No.: 2:10-CV-02200-JAM-CMK<br><br>**ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

The Court having reviewed the application of Defendant Chase Bank USA, N.A. for an extension of time to respond to the Complaint of plaintiff in the above-referenced matter, having also read and considered plaintiff's opposition (if any) to the application, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Chase's request for an extension of time to respond to the Complaint is granted and the answer, or other response, is now due on October 18, 2010.

DATED: September 27, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE