IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB PERRY, | No. CIV S-10-2200-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CHASE BANK, N.A., | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court are defendant's motion to dismiss (Doc. 12) and motion to strike (Doc. 19), both set for hearing on December 2, 2010, before the undersigned in Redding, California. Due to a conflict in the court's schedule, the hearing is hereby moved to December 1, 2010, at 10:00 a.m. before the undersigned in Redding, California.

IT IS SO ORDERED.

DATED: October 29, 2010

                                                        _____
                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE

1